UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WILLIE M. GENDRAW,

      Plaintiff,                                       Case No. 22-cv-10088
                                                    Hon. Matthew F. Leitman

v.

GRETCHEN WHITMER, et al.,

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                      s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: January 25, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 25, 2022, by electronic means and/or ordinary mail.

                                                        s/Holly A. Ryan
                                                      Case Manager
                                                      (313) 234-5126